**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**VIRGINIA KING,**

    **Plaintiff,**

vs.                                         **CASE NO.: 1:06-CV-149-SPM**

**PROVIDENT LIFE AND ACCIDENT**
**INSURANCE COMPANY, a foreign**
**corporation,**

    **Defendant.**
_____/

**ORDER DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the "Notice of Settlement" (doc. 14) filed January 12, 2007. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

    **ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

    **DONE AND ORDERED** this <u>eighteenth</u> day of January, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge